Larry WELLMAN, Plaintiff–Appellant,

and

Jerrie Lynn Wellman, and on behalf of her brother; Larry Wellman, Jr., Plaintiffs,

v.

APPALACHIAN RESEARCH & DEFENSE FUND, INCORPORATED, a/k/a Applered Legal Aid Services; West Virginia Legal Services, Incorporated; West Virginia State Bar, Defendants–Appellees.

No. 01–1025.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Larry Wellman, pro se. Thomas V. Flaherty, Scott H. Kaminski, Flaherty, Sensabaugh & Bonasso, P.L.L.C., James Patrick Martin, West Virginia Legal Services Plan, Incorporated, David James Mincer, Bailey & Wyant, P.L .L.C., Charleston, WV, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Larry Wellman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and

**152**

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wellman v. Appalachian Research & Defense Fund, Inc.,* No. CA–00–222–2 (S.D.W.Va. Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*